JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; KEYUBBA BOWMAN, an individual; RASHON BOWMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:24-cv-05118-RGK-RAO<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND THE UNITED STATES OF AMERICA AND JUDGMENT ON THE DISTRIBUTION OF THE INTERPLEADER FUNDS**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

On June 18, 2024, Chicago Title Company ("CTC") filed an interpleader Complaint against the United States Department of Housing and Urban Development (the "HUD"), Keyubba Bowman, and Rashon Bowman (collectively, the "Bowmans"), who each claim entitlement to $75,000.00 in interpleader funds currently held by the Clerk of Court. ECF Nos. 1 (Complaint), 40 (Financial Entry). CTC has been discharged as the stakeholder of the funds and was relieved from further participation in the lawsuit. ECF. No. 38 (Order discharging CTC). The Clerk entered default against Defendant Rashon Bowman on November 19, 2024. ECF. No. 36.

On February 3, 2025, Real Party-in-Interest Defendant United States of America and Defendant United States Department of Housing and Urban Development (the "HUD") (collectively "Federal Defendants"), moved for summary judgment as to their claim to $68,397.47 of the interpleader funds. ECF No. 42. Defendant Keyubba Bowman file a cross-motion for summary judgment asserting his entitlement to these funds, ECF No. 46, and also opposed the Federal Defendants' motion. ECF No. 49. The Federal

Defendants opposed Keyubba Bowman's motion. ECF No. 47. The parties filed replies. ECF Nos. 50, 51.

The Court conducted a Court Trial on the parties' respective briefs and supporting papers. Having considered the pleadings, and evidence presented, the Court grants judgment in favor of the Federal Defendants. The Court adopts its findings of fact and conclusions of law as stated in the Court's March 18, 2025, minute order. ECF No. 53.

The Court finds that the HUD is entitled to payment of the full $68,397.47 loan amount out of the $75,000.00 in interpleader funds. After distribution of that $68,397.47 payment to the HUD from the interpleader funds, the Bowmans are entitled to the remainder of the interpleader funds and all accrued interest.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to the Court's order, ECF. No. 53, judgment is hereby entered in favor of the United States Department of Housing and Urban Development and the United States of America on their claim to $68,397.47 of the interpleader funds.

2. The Clerk shall distribute the interpleader funds and all accrued interest in the following order:

   a. **First**, $68,397.47 shall be paid to the United States Department of Housing and Urban Development. The check in that amount shall be made payable to the "United States Treasury" and shall be sent to:

   United States Attorney's Office, Civil Division
   Attn: Alexander L. Farrell, AUSA
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012

   The phrase "Chicago Title Company – no. 2:24-cv-05118-RGK-RAO" shall be placed in the memo line of the check.

   b. **Second**, after that payment is made to the HUD, the remaining amount of the interpleader funds, including the accrued interest, shall be paid to Keyubba Bowman. The check shall be made payable to

2

"Keyubba Bowman" and shall be sent to:

Mr. Keyubba Bowman

212 Garden Grove Drive

Waxahachie, Texas 75615

3. Chicago Title Company's Complaint is hereby dismissed *with* prejudice.

**IT IS SO ORDERED**.

cc: FISCAL

Dated: 3/25/2025

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE